Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
Daniel K Blewett                                           Case No.  11-51346
Laurel A Blewett                                           Account No.  5819


JP MORGAN CHASE BANK NA                                    Daniel K Blewett
3415 VISION DR DEPT OH4 7133                               Laurel A Blewett
COLUMBUS, OH  43219                                        128 Sylvia Lane
                                                           Naperville, IL  60540

                                                           ALONZO H ZAHOUR
                                                           235 REMINGTON BLVD #G1
                                                           BOLINGBROOK, IL  60440


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on April 11, 2012.


                                        /S/   Marifran Smith
                                        _____
                                        For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on May 17, 2012.


                                        /S/   Marifran Smith
                                        _____
                                        For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888